IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL ARMSTRONG,** | |
| Plaintiff, | |
| v. | Case No. 24-cv-02059-SPM |
| **WEXFORD HEALTH SOURCE INC,** *et al.*, | |
| Defendants. | |

# JUDGMENT IN A CIVIL ACTION

**MCGLYNN, District Judge:**

This matter having come before the Court, District Judge Stephen P. McGlynn, and the following decision was reached:

Plaintiff shall recover nothing, and this entire action is **DISMISSED with prejudice.**

**DATED: December 13, 2024**

              **MONICA A. STUMP,**
              **Clerk of Court**

              **By:** *s/ Megan Moyers*
                **Deputy Clerk**

**APPROVED:** *s/ Stephen P. McGlynn*
      **STEPHEN P. MCGLYNN**
      **United States District Judge**